UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

CARL GOODLOE,

                                Plaintiff,

          -against-

THE CITY OF NEW YORK, JOHN DOE UNDERCOVER POLICE OFFICER #2570, DETECTIVE COOK, DETECTIVE DAUGE, SARGEANT RAMIREZ, POLICE OFFICER FRANK CHIODI, AND JOHN DOE POLICE OFFICERS 1-5 of the NEW YORK CITY POLICE DEPARTMENT,

                                Defendants.

---------------------------------------------------------------- x

**NOTICE OF MOTION**

12 CV 3018 (AMD) (VMS)

**PLEASE TAKE NOTICE** that upon the Declaration of Erica M. Haber, dated July 15, 2016, and the exhibits annexed thereto, Defendants' Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1, dated July 15, 2016, and the accompanying Memorandum of Law, dated July 15, 2016, and all pleadings and proceedings previously had herein, defendants City of New York, Undercover Police Officer #2570, Detective Christopher Cooke (s/h/a "Detective Cook"), Detective Vincent Dauge (s/h/a "Detective Dauge"), Sergeant Claudio Ramirez (s/h/a "Sargeant [sic] Ramirez"), and Sergeant Frank Chiodi (s/h/a "Police Officer Frank Chiodi") (hereinafter referred to collectively as "Defendants") will move this Court, before the Honorable Ann M. Donnelly, United States District Judge, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be determined by the Court, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court Order dated June 2, 2016, plaintiff's opposition papers, if any, should be served on the undersigned on or before September 19, 2016.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court Order dated June 2, 2016, Defendants' reply papers, if any, shall be served on plaintiff on or before September 26, 2016.

Dated: New York, New York
       July 15, 2016

             ZACHARY W. CARTER
             Corporation Counsel of the City of New York
             *Attorney for Defendants*
             100 Church Street, Room 3-159
             New York, New York 10007
             212.356.3545

             /s/

By: _____

             Erica M. Haber
             Senior Counsel
             Special Federal Litigation Division

To: Harold Baker, Esq.
   32 Court Street, Suite 507
   Brooklyn, New York 11201
   718.858.7927
   *Attorney for plaintiff*
   (*via ECF and first class mail*)